1132

No. 97–8726.  CAVANAUGH *v.* UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 97–8730.  TURNER, AKA BRANHAM *v.* UNITED STATES.
C. A. 4th Cir.  Certiorari denied.

No. 97–8734.  SJOGREN *v.* UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 97–8737.  DYE *v.* WISCONSIN.  Ct. App. Wis.  Certiorari
denied.

No. 97–8739.  DUNN *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 97–8743.  JOHNS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 97–8748.  POWERS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 97–8749.  SABLAN *v.* UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 97–8751.  VANN *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 97–8755.  ANDERSON *v.* UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 97–8756.  CABRERA *v.* UNITED STATES.  C. A. 4th Cir.
Certiorari denied.

No. 97–8765.  PIRINA ARGUETA *v.* UNITED STATES.  C. A. 9th
Cir.  Certiorari denied.

No. 97–8782.  CANNON *v.* UNITED STATES.  C. A. 10th Cir.
Certiorari denied.

No. 97–1262.  CALDERON, WARDEN *v.* FIELDS.  C. A. 9th Cir.
Motion of respondent for leave to proceed *in forma pauperis*
granted.  Certiorari denied.

No. 97–1441.  BELL, WARDEN *v.* GROSECLOSE.  C. A. 6th Cir.
Motion of respondent for leave to proceed *in forma pauperis*
granted.  Certiorari denied.